**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-1678

JOHN C. NELUMS; DELMARSHI NELUMS,

       Plaintiffs - Appellants,

    v.

HUTCHENS LAW FIRM, LLP, a S.C. professional association; PHH MORTGAGE CORPORATION, a FL professional association; CASCADE FUNDING MORTGAGE, a FL professional association; JOHN S. KAY, an individual; JEANETTE MCBRIDE, an individual; JOSEPH STRICKLAND, an individual; SEAN ADEGBOLA, an individual; ASHLEY Z. STANLEY, an individual; ALAN M. STEWART, an individual; SARAH O. LEONARD, an individual; GREGORY WOOTEN, an individual; LOUISE M. JOHNSON, an individual; LPS DEFAULT SOLUTIONS INC.; W. JEFFREY BARNES, an individual,

       Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Joseph F. Anderson, Jr., Senior District Judge.  (3:24-cv-02427-JFA)

Submitted:  December 19, 2024           Decided:  December 23, 2024

Before KING and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

John Calvin Nelums; Delmarshi, H. Nelums, Appellants Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Plaintiffs John C. Nelums and Delmarshi Nelums appeal the district court's order adopting the magistrate judge's recommendation to dismiss without prejudice, pursuant to 28 U.S.C. § 1915 review, Plaintiffs' complaint seeking a temporary restraining order and preliminary injunction against Defendants.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Nelums v. Hutchens Law Firm*, No. 3:24-cv-02427-JFA (D.S.C. July 16, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*